**Michael Keith RIVERS, Plaintiff–Appellant,**

v.

**AVIS CONSTRUCTION COMPANY, INCORPORATED; Equal Employment Opportunity Commission; Commonwealth of Virginia, Department of Labor and Industry; The Department for Rights of Virginians with Disabilities, Defendants–Appellees.**

No. 02–1111.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Michael Keith Rivers, Appellant Pro Se. Linda Davis Frith, Frith, Anderson & Peake, Roanoke, Virginia; Caren Ilene Friedman, Equal Employment Opportunity Commission, Washington, D.C.; Catherine F. Hutchins, Assistant Attorney General, John P. Josephs, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael Keith Rivers appeals the district court's order dismissing his complaint alleging a violation of the Americans with Disabilities Act, *see* 42 U.S.C.A. §§ 12101–12213 (West 1995 & Supp.2001), by his employer, Avis Construction, and negligence on the part of the remaining Appellees in investigating his claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rivers v. Avis Construction Co.*, CA–01–749–1 (W.D.Va. Jan. 10, 2002). Additionally, we deny Rivers' motions to subpoena all parties involved and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*